# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SEAN QUINCY LEWIS,

    Plaintiff,

v.                      Case No. 18-C-1225

MILWAUKEE COUNTY JAIL, et al.,

    Defendants.

## ORDER DISMISSING CASE

On October 9, 2018, U.S. Magistrate Judge David E. Jones screened Plaintiff's complaint, as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915A. ECF No. 10. Judge Jones explained to Plaintiff that he could not proceed with his lawsuit because his allegations were too vague for the court to reasonably infer that Defendants had violated his rights. Judge Jones gave Plaintiff the opportunity to file an amended complaint. He warned Plaintiff that, if he did not file an amended complaint by November 5, 2018, the court would infer that he no longer wished to proceed with his case, and the court would dismiss his case. According to the court's records, Plaintiff did not file an amended complaint by the deadline.

Although Plaintiff consented to Judge Jones hearing and deciding his case, Defendants have not yet had the opportunity to consent to a magistrate judge deciding the case. Accordingly, the clerk's office reassigned this case to a district judge for dismissal based on Plaintiff's failure to diligently prosecute his case. *See* Civil L.R. 41(c).

**IT IS THEREFORE ORDERED** that this case is **DISMISSED without prejudice.** Plaintiff may refile his case at a later date, subject to the relevant statute of limitations. If he does so, he will be required to pay a new filing fee.

Dated this  16th  day of November, 2018.

s/ William C. Griesbach<br>
William C. Griesbach, Chief Judge<br>
United States District Court